**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>  vs.<br><br>Jo Ann Champion (Pink),<br><br>        Defendant,<br><br>and<br><br>Independent Financial<br>Group, LLC; and<br>Northwestern Mutual,<br><br>        Garnishees. | No. CR-96-0308-PHX-RCB<br><br>O R D E R |

    Currently pending before the court are two nearly identical "Request[s] to Transfer Proceeding to Federal Judicial District Court, San Diego, California[,]" filed on behalf of defendant Jo Ann Champion (Pink) (docs. 27 and 30). Deeming the same to be motions brought in accordance with LRCiv 7.2, the court hereby **ORDERS**:

    (1) plaintiff, the United States of America, to file a

1  responsive memorandum, if any, within fourteen (14) days of
2  the date of entry of this order; and
3      (2) defendant's reply memorandum, if any, shall be filed
4  in accordance with LRCiv 7.2(d).
5      DATED this 10th day of September, 2012.

                    _____
                    Robert C. Broomfield
                    Senior United States District Judge

12  Copies to counsel of record
    and U. S. Probation Office
13  for the District of Arizona

-2-